No. 96–6241.  JOYNER v. TENNESSEE.  Ct. Crim. App. Tenn. Certiorari denied.

No. 96–6260.  GARCIA v. FLORIDA.  Dist. Ct. App. Fla., 2d Dist. Certiorari denied.

No. 96–6265.  MARINOFF v. APPELLATE DIVISION, SUPREME COURT OF NEW YORK, FIRST JUDICIAL DEPARTMENT, ET AL. C. A. 2d Cir.  Certiorari denied.

No. 96–6279.  DAVID v. APFEL, LEVY, ZLOTNICK & CO. ET AL. C. A. 2d Cir.  Certiorari denied.

No. 96–6288.  WILLIAMS v. JONES, WARDEN.  C. A. 11th Cir. Certiorari denied.

No. 96–6296.  WILLIAMS v. VIRGINIA.  Sup. Ct. Va.  Certiorari denied.

No. 96–6308.  ROTA v. UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 96–6309.  LASITER v. THOMAS, WARDEN, ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 96–6310.  LEE v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 96–6316.  BOLDEN v. UNITED STATES.  Ct. App. D. C. Certiorari denied.

No. 96–6323.  PAVLICO v. UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 96–6324.  PARRADO v. UNITED STATES.  C. A. 2d Cir. Certiorari denied.

No. 96–6327.  WILSON v. UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 96–6341.  REYES v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 96–6343.  RAHMAN v. UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 96–6357.  McCLENDON v. UNITED STATES.  C. A. 10th Cir. Certiorari denied.